# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Bigham, John Quarnstrom, Robert
Vranicar, Jim Bowman, Mike McCauley,
and Matt Fairbanks as Trustees of the Sheet
Metal Local #10 Control Board Trust Fund,
and the Sheet Metal Local #10 Control
Board Trust Fund,

Civil No. 14-1357 (DWF/FLN)

            Plaintiffs,

v.

**ORDER**

R & S Heating and Air Conditioning, Inc.,

            Defendant.

The above-captioned matter came before this Court on the Plaintiffs' Motion for

Entry of Judgment.  Christy E. Lawrie of McGrann Shea Carnival Straughn & Lamb

appeared for and on behalf of the Plaintiffs.  There was no appearance on behalf of the

Defendant.  Based upon the arguments of counsel, the Memoranda submitted by the

parties and all other matters of record in this case,

## FINDINGS OF FACT

1.      Defendant R & S Heating and Air Conditioning, Inc. is in default and the

Control Board is entitled to entry of judgment.

2.      Defendant R & S Heating and Air Conditioning, Inc. owes the Control

Board $1,282,875.40 for delinquent contributions, for the audit period of November 1,

2012 through April 30, 2014.

3.      Defendant R & S Heating and Air Conditioning, Inc. owes the Control Board $283,536.18 for liquidated damages for the audit period of November 1, 2012 through April 30, 2014.

4.      Defendant R & S Heating and Air Conditioning, Inc. owes the Control Board $243,539.80 for unpaid interest for the audit period of November 1, 2012 through April 30, 2014.

5.      Defendant R & S Heating and Air Conditioning, Inc. owes the Control Board $248,919.72 for attorney fees and costs incurred relating to the collection of delinquent contributions for the audit period of November 1, 2012 through April 30, 2014.

**IT IS HEREBY ORDERED:**

1.      That the Plaintiffs' Motion for Entry of Judgment (Doc. No. [77]) is **GRANTED** in its entirety.

2.      That judgment in the amount of $2,058,871.10 is hereby entered against Defendant and in favor of Plaintiffs for delinquent contributions, liquidated damages, interest, and attorney fees and costs for the audit period of November 1, 2012 through April 30, 2014.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 21, 2017                    s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge